IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

EARL BATES, SR.                                              PETITIONER

v.                                      CIVIL NO. 5:25-cv-8-DCB-ASH

BURL CAIN                                                     DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Magistrate Judge Harris's Report and Recommendation ("Report") [ECF No. 14], concerning Defendant's Motion to Dismiss [ECF No. 9]. The Report was entered on January 16, 2026, and objections to it were due by January 30, 2026. To date no party has filed an objection and the time to do so has now passed.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Thus, upon examination of Judge Harris's Report [ECF No. 14], in conjunction with a comprehensive review of the record and

relevant legal authorities, the Court finds that Report should be adopted, Defendant's Motion [ECF No. 9] to Dismiss be granted, and Petitioner's Petition be dismissed with prejudice as time-barred.

Accordingly,

IT IS HEREBY ORDERED that Judge Harris's Report is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Petitioner's Petition be DISMISSED WITH PREJUDICE.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 24th day of February, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE